# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 3, 2026

Lyle W. Cayce
Clerk

No. 26-10137
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Tadeo Espinoza-Estrada,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-257-1

———————————————————

Before Jones, Ho, and Wilson, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Tadeo Espinoza-Estrada has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Espinoza-Estrada has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-10137

nonfrivolous issue for appellate review but note a clerical error in the written judgment. Although the record indicates Espinoza-Estrada was convicted and sentenced pursuant to 8 U.S.C. § 1326(a) only, the judgment cites "8 U.S.C. §§ 1326(a) and (b)(1)/(2)."

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The case is REMANDED to the district court for the limited purpose of correcting the error in the written judgment. *See* FED. R. CRIM. P. 36.